**Filed**

SEP 05 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 5-01-195 RS |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER |
| RYAN ERIC BROWN, | ) | |
| Defendant. | ) | |

GOOD CAUSE appearing, in that the Criminal Complaint in the above-captioned matter charges the defendant with Unlawful Flight to Avoid Confinement, and the defendant was subsequently apprehended and returned to the custody of the State of California, such that a continued prosecution would be of minimal federal interest, and upon the motion of the United States pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

/ / /

/ / /

/ / /

/ / /

RECEIVED
NOV 15 2001
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose



1  IT IS HEREBY ORDERED THAT the Criminal Complaint in the above-captioned
2  matter is dismissed.
3  DATED: August 28, 2001

RICHARD SEEBORG
United States Magistrate Judge

(Approved as to form: _____ )
AUSA Braun